**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey Lynn MORGAN, Defendant–Appellant.**

No. 09–7697.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 25, 2009.

Jeffrey Lynn Morgan, Appellant Pro Se. Eric Evenson, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Lynn Morgan appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Morgan,* No. 2:01–cr–00001–BO–1 (E.D.N.C. filed Aug. 26, 2009 & entered Aug. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*